[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 22-13887

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

CODY DILLON HOGAN,
a.k.a. Stonetelephone,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:20-cr-00143-BJD-MCR-1

_____

Before GRANT, LAGOA, and BRASHER, Circuit Judges.

PER CURIAM:

Jenny Devine, appointed counsel for Cody Hogan in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hogan's conviction and sentence are **AFFIRMED**. Hogan's motion to withdraw his prior motions and supplement his brief is **GRANTED**, and his motions to supplement his brief are **DENIED AS MOOT**.